# Exhibit F

| | | Monday, July 7th | | Week 1 Expectations | |
|---|---|---|---|---|---|
| | | Name tags and shirts | | Complete scavenger hunt | |
| | | Time clock | | Set up schedule in PT App | |
| | | Club Walk Thru and introductions to staff | | Spend as much time as possible in the club | |
| | | Setup email, email signature and PT app | | Meet your Mentor | |
| Katie 8 10am [1] | | Login to Ultipro, EQU and wifi | | | |
| | | PT compensation structure | | Manager Checklist | |
| | | FTB bonus SOP | | Complete I9 verification | |
| | | Ramping schedule SOP | | Make copies of certs, degree, CPR/AED | |
| | | Characteristics for Success | | Upload certs to Ultipro | |
| | | Etiquette and expectations | | Add to email distribution list | |
| | | Floor Shift SOP | | Create folder in club program folder in Shared Drive | |
| | | Floor Shift Schedule and Coverage | | Send intro email to the staff | |
| Mike 10 11a | | Floor Shift Expectations | | | |
| | | Opening & Closing Duties | | | |
| | | Special Events & Lead Gen | | | |
| | | EFTI Policies and Expectations | | | |
| Mike 11a 12p | | Personality Assessment | | | |
| Katie 12:30 1:30pm | | Experience the Equfit | | | |
| Video | | Simon Sinek Start with the Why | | | |
| Video | | The Elevator Pitch | | | |
| Video | | Professionalism for Tier 1 | | | |
| Homework | | Scavenger Hunt; Write your elevator pitch | | | |
| | | Tuesday, August 8th | | | |
| Katie 9am 11am | | FMS Theory & Execution | | | |
| Video 12 1pm | | Intro to the Equfit | | | |
| Mike 2 3p | | Understanding the Process | | | |
| Mike 3 4p | | Breaking down the EQF- Use service & hospitality booklet | | | |
| Video | | Metrics & Data | | | |
| Video | | FMS Theory & Execution | | | |
| Homework | | Schedule a time to do an EQF on Mentor for Day 4 | | | |
| | | Wednesday, August 9th | | | |
| Katie 9 10am | | Finding the X Factor | | | |
| Katie 10 11:30am | | Selling/ Overcoming Objections in the Equfit | | | |
| 12 1p | | Floorshift Meeting in the Boxing Studio | | | |
| Mike 1:30 2:30p | | Identifying Personalities | | | |
| Mike 3 4:30p | | Group EQF Practice | | | |
| | | Thursday, August 10th | | | |
| Video | | Presenting the CPT | | | |
| Katie 9 10am | | Role Play Presenting the CPT | | | |
| Video | | Presenting the Macro Cycle | | | |
| Katie 10 11am | | Role Play Presenting the Macro Cycle | | | |
| Video | | Closing the CPT | | | |
| Katie 11 12pm | | Role Play Closing the CPT | | | |
| Mentor | | EQF Practice | | | |
| | | Friday, August 11th | | | |
| Mike 10 10:30a | | What are you projecting? | | | |
| Mike 10:30 11:30 | | Floor shift walk through and expectations | | | |
| Video | | Owning the Rubber | | | |
| Mike | | EQF Test Out- schedule beforehand | | | |
| Homework | | Program for FM CPT | | | |
| | | Monday, August 14th | | | |
| Katie 8am 12pm | | EQF Test Out | | | |
| Video | | Intro to Program Design 1 | | | |
| Video | | Intro to Program Design 2 | | | |
| Tier X | | Group Workout- TBD | | | |
| Video | | Intro to Program Design 3 | | | |
| Video | | Intro to Program Design 4 | | | |
| Homework | | Program for PTM CPT | | | |
| | | Tuesday, August 15th | | | |
| Mike 2hrs | | Programming Practice | | | |
| Katie 2:30 4:30pm | | Better Business Practices/ Understanding Your Business Metrics | | | |
| | | Start Floor Shift | | | |
| Video | | Intro to the EQX Programming Template | | | |

| | | Tuesday, May 9th | | Week 1 Expectations | |
|---|---|---|---|---|---|
| | | Name tags and shirts | | Complete scavenger hunt | |
| 8-9:30am with Katie [1] | | Time clock | | Set up schedule in PT App | |
| | | Club Walk Thru and introductions to staff | | Spend as much time as possible in the club | |
| | | Setup email, email signature and PT app | | | |
| | | Login to Ultipro, EQU and wifi | | | |
| | | Ettiquette and expectations | | **Manager Checklist** | |
| | | PT compensation structure | | Complete I9 verification | |
| | | Payout for sessions, EQF, CPT, guided workouts, meetings, floor shift, efti webinars, efti classes | | Make copies of certs, degree, CPR/AED | |
| | | Ramping schedule SOP | | Upload certs to Ulitpro | |
| | | FTB bonus SOP | | Add to email distribution list | |
| | | | | Create folder in club program folder in Shared Drive | |
| 10-11a w/Mike | | Floor Shift SOP | | Send intro email to the staff | |
| | | Floor Shift Schedule and Coverage | | | |
| | | Floor Shift Expectations | | | |
| | | Opening & Closing Duties | | | |
| | | Special Events & Lead Gen | | | |
| | | EFTI Policies and Expectations | | | |
| 1pm - 1:15 pm | | Intro at Managers Meeting in the Yoga Studio | | | |
| | | EQU videos to be watched by end of day: Service & Hospitality, Professionalism for Tier1 and Owning the Rubber | | | |
| | | Homework: Scavenger hunt due by EOD Friday, 4/8 | | | |
| | | **Tuesday, April 4th** | | | |
| 9:30-10:30am | | Equifit with Katie | | | |
| 10:30-11:30am | | Understanding the Equinox Member with Katie | | | |
| 11:30-12pm | | Review Day 1 videos with Mike | | | |
| | | EQU videos to be watched by end of day: Intro to the Equifit | | | |
| | | **Wednesday, April 5th** | | | |
| 9:30-10:30am | | Equifit with Mike | | | |
| 3pm-4pm | | PT FORUM | | | |
| | | EQU videos to be watched by end of day: Learning the Equifit, FMS Theory and FMS Execution | | | |
| | | **Thursday, April 6th** | | | |
| 9:30-10:30am | | Breaking down the EQF with Mike | | | |
| 11am-12pm | | FMS Theory | | | |
| 12pm-1pm | | FMS Execution | | | |
| | | EQU videos to be watched by end of day: Equifit Execution and The Elevator Pitch | | | |
| | | Homework: Write your own elevator Pitch | | | |
| | | **Friday, April 7th** | | | |
| 9-10am | | Equifit/ FMS practice with Mike | | | |
| | | EQU videos to be watched by end of day: Metrics & Data and Overcoming Objections | | | |
| | | Homework: Read the Equistretch Manual | | | |
| | | **Monday, April 10th** | | **Week 2 Expectations** | |
| 11am-12:30pm | | Overcoming Objections with Katie | | Practice FMS Execution | |
| 10-11am | | EQF/FMS Practice w/Mike | | Perform minimum of 3 EQFs with senior trainers | |
| | | EQU videos to be watched by end of day: Intro to Equinox Program Design 1 & 2 | | Work 1 floor shift with a manager | |
| | | **Tuesday, April 11th** | | Meet with Mentor | |
| 2-3pm | | EQF/FMS Practice | | | |
| 11:30-12:30pm | | Floor Shift Walk Through with Mike | | **Manager Checklist** | |
| | | EQU videos to be watched by end of day: Intro to Equinox Program Design 3 & 4 and Program Design Concepts | | Assign a mentor and meet to discuss | |
| | | **Wednesday, April 12th** | | | |
| 9-10am | | Test out of Equifit with Mike, schedule training session with Mike | | | |
| 12-1pm | | Floor Shift Meeting in Yoga Studio | | | |
| | | EQU videos to be watched by end of day: Intro to Equinox Design Template | | | |
| | | **Thursday, April 13th** | | **Week 3 Expectations** | |
| 11am-12:30pm | | Test out of Equifit with Katie, schedule training session with Katie | | Week 1 meeting with mentor | |
| | | Homework: Program a comp session for Mike | | Business Meeting with PTM | |
| | | **Friday, April 14th** | | - set April Action Plan | |
| | | Work a floor shift with co-worker | | Program Design Meeting with FM | |
| | | Add to Floor Shift Schedule | | | |

Rosales00001

| | Homework: Program a comp session for Katie | - programming practice |
|---|---|---|
| | **Monday, April 17th** | Start on Floor Shift |
| 11am-12:30pm | Meet with Katie to discuss business | |

Rosales00002