# Exhibit G

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**EQUINOX** blink **PURE**

895 Broadway
3rd Floor
New York, NY 10003

**Pay Statement**
Period Start Date 05/14/2017
Period End Date 05/27/2017
Pay Date 06/02/2017
Document 20012581
Net Pay $1,338.67

## Pay Details

**STEPHANIE MARIE ROSALES**
Redacted
Redacted
USA

Employee Number 075167
SSN xxxxxxxxx
Job PT - Tier 1
Pay Rate $8.0000
Pay Frequency Biweekly

Pay Group Equinox Bi-Weekly
Location 451-EQ - Highland Park, TX
Region CENT - Central
Division OPS - Operations
Sub Region TEXAS - Texas
Department 052 - Personal Trainer

Federal Income Tax S1
TX State Income Tax (Residence) S0
TX State Income Tax (Work) S0

## Earnings

| Pay Type | Hours | Pay Rate | Piece Units | Bonus Units | Piece Rate | Current | Payroll Dept | YTD |
|---|---|---|---|---|---|---|---|---|
| *Hourly Regular | 70.0000 | $8.0000 | | | | $560.00 | 451052 | $1,686.00 |
| Equifit | | | | | | | | $8.00 |
| First Time Bonu | | | | | | $30.00 | 451042 | $0.00 |
| First Time Bonu | | | | | | $60.00 | 451042 | $150.00 |
| PT Commission | | | | | | $520.00 | 451042 | $893.00 |
| PT EFTI | | | | | | | | $1.84 |
| PT Sessions | | | 28.0000 | | | | 451042 | $0.00 |
| Ramper Bonus | | | | | | $600.00 | 451042 | $600.00 |
| Totals | 70.0000 | | 28.0000 | | | | | |

**Total Hours**

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| ViPR Workshop | $25.00 | No | $25.00 | $25.00 | $0.00 | $0.00 |

## Taxes

| Taxes | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $1,770.00 | $25.66 | $48.41 |
| Federal Income Tax | $1,770.00 | $270.93 | $374.04 |
| Social Security Employee Tax | $1,770.00 | $109.74 | $207.01 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $1,338.67 |
| Total | | $1,338.67 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,770.00 | $1,770.00 | $406.33 | $25.00 | $1,338.67 |
| YTD | $3,338.84 | $3,338.84 | $629.46 | $25.00 | $2,684.38 |

Equinox 000004

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**EQUINOX  blink  PURE**

895 Broadway
3rd Floor
New York, NY 10003

**Pay Statement**
Period Start Date 05/28/2017
Period End Date 06/10/2017
Pay Date 06/16/2017
Document 20015614
Net Pay $910.38

## Pay Details

**STEPHANIE MARIE ROSALES**
Redacted
Redacted
USA

Employee Number 075167
SSN xxxxxxxxx
Job PT - Tier 1
Pay Rate $8.0000
Pay Frequency Biweekly

Pay Group Equinox Bi-Weekly
Location 451-EQ - Highland Park, TX
Region CENT - Central
Division OPS - Operations
Sub Region TEXAS - Texas
Department 052 - Personal Trainer

Federal Income Tax S1
TX State Income Tax (Residence) S0
TX State Income Tax (Work) S0

## Earnings

| Pay Type | Hours | Pay Rate | Piece Units | Bonus Units | Piece Rate | Payroll Current | Dept | YTD |
|---|---|---|---|---|---|---|---|---|
| *Hourly Regular | 48.5000 | $8.0000 | | | | $388.00 | 451052 | $2,074.00 |
| Equifit | 3.0000 | $8.0000 | | | | $24.00 | 451042 | $32.00 |
| First Time Bonu | | | | | | $60.00 | 451042 | $210.00 |
| PT Commission | | | | | | $666.75 | 451042 | $1,559.75 |
| PT EFTI | | | | | | | | $1.84 |
| PT Sessions | | | 31.0000 | | | | 451042 | $0.00 |
| Ramper Bonus | | | | | | | | $600.00 |
| Totals | 51.5000 | | 31.0000 | | | | | |

Total Hours

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| VIPR Workshop | $25.00 | No | $25.00 | $50.00 | $0.00 | $0.00 |

## Taxes

| Taxes | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $1,138.75 | $16.52 | $64.93 |
| Federal Income Tax | $1,138.75 | $116.25 | $490.29 |
| Social Security Employee Tax | $1,138.75 | $70.60 | $277.61 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $910.38 |
| Total | | $910.38 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,138.75 | $1,138.75 | $203.37 | $25.00 | $910.38 |
| YTD | $4,477.59 | $4,477.59 | $832.83 | $50.00 | $3,594.76 |

**Equinox 000005**

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**EQUINOX    blink    PURE**

895 Broadway
3rd Floor
New York, NY 10003

| Pay Statement | |
|---|---|
| Period Start Date | 06/11/2017 |
| Period End Date | 06/24/2017 |
| Pay Date | 06/30/2017 |
| Document | 20017782 |
| Net Pay | $1,309.99 |

## Pay Details

**STEPHANIE MARIE ROSALES**
Redacted
Redacted
USA

| | |
|---|---|
| Employee Number | 075167 |
| SSN | xxxxxxxxx |
| Job | PT - Tier 1 |
| Pay Rate | $8.0000 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Equinox Bi-Weekly |
| Location | 451-EQ - Highland Park, TX |
| Region | CENT - Central |
| Division | OPS - Operations |
| Sub Region | TEXAS - Texas |
| Department | 052 - Personal Trainer |

| | |
|---|---|
| Federal Income Tax | S1 |
| TX State Income Tax (Residence) | S0 |
| TX State Income Tax (Work) | S0 |

## Earnings

| Pay Type | Hours | Pay Rate | Piece Units | Bonus Units | Piece Rate | Payroll Current | Dept | YTD |
|---|---|---|---|---|---|---|---|---|
| *Hourly Regular | 39.0000 | $8.0000 | | | | $312.00 | 451052 | $2,386.00 |
| Equifit | 2.0000 | $8.0000 | | | | $16.00 | 451042 | $48.00 |
| First Time Bonu | | | | | | $30.00 | 451042 | $0.00 |
| First Time Bonu | | | | | | $60.00 | 451042 | $300.00 |
| PT Commission | | | | | | $1,122.00 | 451042 | $2,681.75 |
| PT EFTI | 10.3800 | $8.0000 | | | | $83.04 | 451401 | $84.88 |
| PT Sessions | | | 50.5000 | | | | 451042 | $0.00 |
| Ramper Bonus | | | | | | | | $600.00 |
| Totals | 51.3800 | | 50.5000 | | | | | |

Total Hours

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| VIPR Workshop | $0.00 | No | $0.00 | $50.00 | $0.00 | $0.00 |

## Taxes

| Taxes | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $1,623.04 | $23.53 | $88.46 |
| Federal Income Tax | $1,623.04 | $188.89 | $679.18 |
| Social Security Employee Tax | $1,623.04 | $100.63 | $378.24 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $1,309.99 |
| Total | | $1,309.99 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,623.04 | $1,623.04 | $313.05 | $0.00 | $1,309.99 |
| YTD | $6,100.63 | $6,100.63 | $1,145.88 | $50.00 | $4,904.75 |

**Equinox 000006**

# Pay Statements

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**EQUINOX  blink  PURE**

Equinox Holdings, Inc
895 Broadway
3rd Floor
New York, NY 10003

| Pay Statement | |
|---|---|
| Period Start Date | 06/25/2017 |
| Period End Date | 07/08/2017 |
| Pay Date | 07/14/2017 |
| Document | 20019965 |
| Net Pay | $1,911.27 |

## Pay Details

**STEPHANIE MARIE ROSALES**
Redacted
Redacted
USA

| | |
|---|---|
| Employee Number | 075167 |
| SSN | xxxxxxxxx |
| Job | PT - Tier 1 |
| Pay Rate | $8.0000 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Equinox Bi-Weekly |
| Location | 451-EQ - Highland Park, TX |
| Region | CENT - Central |
| Division | OPS - Operations |
| Sub Region | TEXAS - Texas |
| Department | 052 - Personal Trainer |

| | |
|---|---|
| Federal Income Tax | S1 |
| TX State Income Tax (Residence) | S0 |
| TX State Income Tax (Work) | S0 |

## Earnings

| Pay Type | Hours | Pay Rate | Piece Units | Bonus Units | Piece Rate | Payroll Current | Dept | YTD |
|---|---|---|---|---|---|---|---|---|
| *Hourly Regular | 22.7500 | $8.0000 | | | | $182.00 | 451052 | $2,568.00 |
| Equifit | 1.0000 | $8.0000 | | | | $8.00 | 451042 | $56.00 |
| First Time Bonu | | | | | | $30.00 | 451042 | $330.00 |
| PT Commission | | | | | | $1,422.50 | 451042 | $4,104.25 |
| PT EFTI | 11.8500 | $8.0000 | | | | $94.80 | 451401 | $179.68 |
| PT PP BNS | | | | | | $266.50 | 451042 | $266.50 |
| PT Sessions | | | 60.0000 | | | | 451042 | $0.00 |
| Ramper Bonus | | | | | | $500.00 | 451042 | $1,100.00 |
| Totals | 35.6000 | | 60.0000 | | | | | |

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| ViPR Workshop | $0.00 | No | $0.00 | $50.00 | $0.00 | $0.00 |

## Taxes

| Taxes | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $2,503.80 | $36.30 | $124.76 |
| Federal Income Tax | $2,503.80 | $401.00 | $1,080.18 |
| Social Security Employee Tax | $2,503.80 | $155.23 | $533.47 |

**Total Hours**

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $1,911.27 |
| Total | | $1,911.27 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,503.80 | $2,503.80 | $592.53 | $0.00 | $1,911.27 |
| YTD | $8,604.43 | $8,604.43 | $1,738.41 | $50.00 | $6,816.02 |

Equinox 000007