IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANIE ROSALES, on behalf of herself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:18-CV-00356-B |
| EQUINOX HOLDINGS, INC., | § § § | |
| Defendant. | § | |

**DEFENDANT'S APPENDIX IN SUPPORT OF ITS
OPPOSITION TO PLAINTIFF'S FIRST STAGE MOTION
<u>FOR NOTICE TO POTENTIAL PLAINTIFFS & CONDITIONAL CERTIFICATION</u>**

Defendant Equinox Holdings, Inc. submits this Appendix in Support of its Opposition to Plaintiff Stephanie Rosales's First Stage Motion for Notice to Potential Plaintiffs & Conditional Certification:

| <u>Exhibit</u> | <u>Description</u> | <u>Page</u> |
|---|---|---|
| 1 | Declaration of Talley R. Parker | App. 001 - 003 |
| 1-A | Deposition of Stephanie Rosales | App. 004 - 080 |
| 1-B | Deposition of Guy Seaman | App. 081 - 151 |
| 2 | Declaration of Michael Laird | App. 152 - 158 |
| 2-A | Equinox's Employee Handbook | App. 159 - 202 |
| 2-B | Equinox's Personal Trainer Job Description | App. 203 - 205 |
| 2-C | Equinox's 2017 Personal Trainer Activities Included Towards Benefit Eligibility | App. 206 - 207 |
| 2-D | Equinox's Floor Shift and Productivity Agreement SOP | App. 208 - 209 |
| 2-E | Equinox's Personal Trainer Compensation Summary, Effective December 1, 2016, Non-California Market | App. 210 - 215 |

DATED:  March 28, 2019                                    Respectfully submitted,

                                                    /s/ Talley R. Parker
Talley R. Parker
Texas State Bar No. 24065872
talley.parker@jacksonlewis.com
Ethan J. Davis
Texas Bar No. 24107748
ethan.Davis@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
(214) 520-2400
(214) 520-2008

**ATTORNEYS FOR DEFENDANT
EQUINOX HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Appendix was served upon the attorneys of record in the above cause in accordance with Rule 5 of the Federal Rules of Civil Procedure on this 28th day of March 2019.

                                                    /s/ Talley R. Parker
Talley R. Parker