# Exhibit 2-C

# E Q U I N O X

**2017 Personal Trainer**
**Activities Included Towards Benefit Eligibility**

- All authorized time worked and recorded in in the Company's timekeeping system (UltiPro) is included toward the 30-hour per week requirement to become eligible for/maintain eligibility in the Company's enhanced medical plan options.  As a reminder, these activities include:

| <u>Activity</u> | <u>How Recorded</u> |
|---|---|
| Paid sessions | Voucher pull by Trainer |
| Complimentary Sessions | Voucher pull by Trainer |
| Equifits | Voucher pull by Trainer |
| Floor Hours | Time Clock |
| EFTI (Instructor or Participant) | Club Manager Input |
| PT Mentor Responsibilities | Time Clock |
| Monthly PT Forums | Club Manager Input |
| Required 1-on-1 Meetings with Managers | Time Clock |
| Pre-approved club/department off-premises events ("special events") | Club Manager Input |
| Paid Sick Time (NY, CT, DC and Boston) | Trainer Request / Manager Approval in UltiPro |
| **New:** Annual Bonus Productivity Credits - Effective retroactively to Oct 1, 2016, for each average week of pay that you receive under the annual productivity bonus plan, we will credit you with thirty (30) hours toward the eligibility requirement for the Company's enhanced medical plan options. | Automatic through UltiPro |
| Session Related Activities[1]- Session related activity must be input into Ultipro on a timely basis and will be capped at a <u>maximum of **2** hours per pay period for T1-T3 and **4** hours per pay period for T3+ and TX</u>. | Trainer Entry into UltiPro |

[1]   As a PT, you are paid a fixed rate for the session related activities for each Personal Training session, you teach (your "session-related rate").  Session related activities consist of: Scheduling the session, creating and updating your calendar, creating and updating of client programs, setting up for the session, performing the session, straightening up/returning equipment following the session, interacting with members (before and after the session) regarding the session and any other activity directly related to the provision of the training session.

CONFIDENTIAL

App. 207
Equinox 000112